UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

NASSAU ASPHALT SUPPLY CORP.    :

         Plaintiff,    :

    - against -    :

CITY UNDERWRITING AGENCY,    :
        INC.
        Defendant(s).    :

-------------------------------X

**SCHEDULING ORDER**

1:10 Civ. 2234 (SAS)

Conference Date:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;
    5-18-10   HOWARD S. KRONBERG + DANIELLE M. PANTALEONI (CITY UNDERWRITING)
    5-18-10   JOHN F. KARPOUSIS + PETER WENVER (NASSAU ASPHALT)

(2)    a concise statement of the issues as they then appear;
    Broker malpractice / Breach of contract / Negligence
    Alleged Failure to Secure LHWCA Insurance

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;
    ALL PARTIES ON OR BEFORE 9-18-10

    (b) a schedule for the production of documents;
    ALL DEMANDS TO BE SERVED BY ~~8-1-10~~ 6/14
    ALL RESPONSES TO BE SERVED BY ~~9-1-10~~ 7/14

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;
    (i) BY OR BEFORE 9-25-10   (ii) BY OR BEFORE 10-15-10

    (d) time when discovery is to be completed;
    11-1-10

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

12-1-10

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

12-15-10

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

12-20-10   let 2 9 at 4 ᴾᴹ   (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

? Cost of insurance not purchased

(7) anticipated length of trial and whether to court or (jury);

2-day trial

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

HOWARD S. KRUGBERG
DANIELLE M. PANTALEAM
SO ORDERED: KEIDEL WELDON + CUNNINGHAM
125 WESTCHESTER AVE, WHITE PLAINS NY 10604

SHIRA A. SCHEINDLIN
U.S.D.J.
5/18/10

JOAN F KARPOUSIS
FREEHILL HOGAN & MAHAR
80 PINE ST.
NY NY 10005